KAREN L. LOEFFLER
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:11-mc-00002-RRB |
| | ) | |
| Petitioner, | ) | PETITION TO ENFORCE |
| | ) | DEA ADMINISTRATIVE |
| vs. | ) | SUBPOENA |
| | ) | |
| GOLDEN VALLEY ELECTRIC ASSOCIATION, | ) ) ) ) | |
| Respondent. | ) | |

COMES NOW Plaintiff, United States of America, by and through its undersigned counsel, and hereby petitions the Court as follows:

1. This is a proceeding brought pursuant to 21 U.S.C. § 876(c) to judicially enforce a Drug Enforcement Administration (DEA) subpoena issued

under the authority of 21 U.S.C. § 876(a). This Court has jurisdiction pursuant to 21 U.S.C. § 876(c) and 28 U.S.C. § 1345.

2. Daniel P. Lakin is a Special Agent of the DEA, United States Department of Justice. He is assigned to the Seattle Field Division, Fairbanks District Office. He is authorized to serve DEA subpoenas issued pursuant to 21 U.S.C. § 876. The Fairbanks District Office is supervised by Richard Youngblood, Group Supervisor of the Fairbanks District Office, who is authorized to issue DEA subpoenas pursuant to 21 U.S.C. § 876.

3. As set forth in the declaration filed concurrently herewith, Agent Lakin is conducting an investigation concerning possible violations of the federal Controlled Substances Act, 21 U.S.C. § 801 et. seq. by individuals in the Fairbanks area. To this end, on December 16, Agent Lakin served a subpoena RG-11-166032 pursuant to 21 U.S.C. § 876 on Golden Valley Electric Association, 758 Illinois Street, PO Box 71249, Fairbanks, Alaska, the Respondent in this matter. The subpoena sought records, including customer information, payment methods, and power consumption records "for the period 10-1-09 through 12-14-10" for thee particular addresses named in the subpoena.[1]

---

[1] The addresses have been redacted from the subpoena attached as Exhibit A to Agent Lakin's declaration out of concern that disclosure would compromise his ongoing

U.S. v. Golden Valley Electric Association
3:11-mc-00002-RRB                                    2

The subpoena was issued by Group Supervisor Richard Youngblood on December 14, 2010.

    4.    The compliance date on the subpoena was December 30, 2010. As of this date, Golden Valley Electric Association has not complied with the subpoena. Through its counsel, Golden Valley Electric Association has advised the undersigned that it does not plan to comply with the subpoena because, in substance, it has a policy of not turning over customer records without a court order to protect the privacy of its customers. This is not the first investigation in which Golden Valley Electric Association has refused to comply with a DEA-issued subpoena <u>duces tecum</u>.[2]

    WHEREFORE, the Petitioner respectfully requests:

    1.    That this Court enter an order directing the respondent to comply with the DEA subpoena, in its entirety, forthwith;

    2.    That any order granting relief sought herein be served on the respondent or its counsel by the DEA; and

---

investigation.

    [2]    In the past, due to investigative time constraints, alternative means of obtaining the records were pursued by DEA.

U.S. v. Golden Valley Electric Association
3:11-mc-00002-RRB    3

Case 3:11-mc-00002-RRB   Document 1   Filed 01/11/11   Page 3 of 5

3. For such other relief as is just and proper, including sanctions pursuant to Fed. R. Civ. P. 11.[3]

RESPECTFULLY submitted this 11th day of January, 2011, at Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/ Frank V. Russo
        FRANK V. RUSSO
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9, Rm 253
        Anchorage, Alaska 99513-7567
        Phone:(907) 271-5071
        Fax: (907) 271-1500
        frank.russo@usdoj.gov

---

[3] Prior to this petition, Respondent's counsel was made aware of the unambiguous weight of authority that supported enforcement of DEA administrative subpoenas. There is believed to be no colorable legal argument that Respondent can make that to support its continued refusal to comply with such subpoenas. However, as required by Rule 11, a separate motion for sanctions may be filed after review of Respondent's pleading in this matter. See Fed. R. Civ. P. 11(c)(2) (allowing opportunity to withdraw frivolous defenses to avoid sanctions under rule).

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent to the following counsel of record on January 11, 2011, via fax & email:

Cory Borgeson
Counsel for Respondent
100 Cushman Street, Suite 311
Fairbanks, AK 99701
907-456-5055 (facsimile)
cborgeson@bnblaw.com

s/Frank v. Russo
United States Attorney's Office

U.S. v. Golden Valley Electric Association
3:11-mc-00002-RRB                5